IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HOLLI S. LAROSE,<br><br>    Defendant. | Case No.: 20-03031-06-CR-S-SRB |

### *ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

Upon application by the United States of America, it is hereby

**ORDERED** that the Clerk shall issue a writ of habeas corpus ad prosequendum directed to the **Warden, Women's Eastern REC/Diag/Corr. Center, 1101 E. Hwy 54, Vandalia, Missouri 63382**, and to the United States Marshal for the Western District of Missouri, or any other authorized officer, to produce one **HOLLI S. LAROSE (Inmate # 1313989)**, now confined at the aforementioned facility, in the custody of the person there in charge, before the **United States Magistrate Judge** at Springfield, Missouri, **forthwith,** or at any time thereafter as the Court may direct, so that said person may appear in accordance with the law in the above-entitled cause; and, after said person shall have so appeared, to return said person to the aforementioned custody as may be directed by this Court.

Dated this 13th day of March, 2020.

                 /s/ David P. Rush
                 **DAVID P. RUSH**
                 **United States Magistrate Judge**