# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | **Case No. 20-03031-06-CR-S-SRB** |
| **HOLLI S. LAROSE**, | |
| Defendant. | |

## MOTION TO QUASH WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by the undersigned Special United States Attorney for the Western District of Missouri, hereby moves the Court to quash the Writ of Habeas Corpus ad Prosequendum issued for defendant, Holli S. Larose, on March 13, 2020, due to the Court's General Order issued on March 17, 2020, continuing all criminal jury trials and non-emergency criminal hearings as a result of the COVID-19 virus.

Pursuant to 28 U.S.C. § 1651 (the "All Writs Act"), the Court has the authority to issue such orders and commands as may be necessary or appropriate to effectuate and prevent the frustration of orders it has previously issued and in which it has jurisdiction. *See United States v. New York Telephone Co.*, 434 U.S. 159, 172 73 (1977) (construing the powers of a federal court relative to the All Writs Act).

Respectfully submitted,

TIMOTHY A. GARRISON
United States Attorney

By  */s/ Jessica R. Keller*
Jessica R. Keller
Missouri Bar No. 69322
Special Assistant United States Attorney
901 St. Louis Street, Suite 500
Springfield, Missouri 65806-2511

## Certificate of Service

      The undersigned hereby certifies that a copy of the foregoing was delivered on March 19, 2020, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                      */s/ Jessica R. Keller*
                                      Jessica R. Keller
                                      Special Assistant United States Attorney