# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 20-03031-06-CR-S-SRB |
| HOLLI S. LAROSE, | ) | |
| Defendant. | ) | |

## ORDER TO QUASH

Before the Court is the Government's Motion to Quash Writ of Habeas Corpus ad Prosequendum. (Doc. 30.) Upon review, for good cause shown, it is **ORDERED** that the Motion is **GRANTED**. The Writ of Habeas Corpus ad Prosequendum issued for Defendant, Holli S. Larose, on March 13, 2020 is hereby quashed. The Clerk of the Court is directed to provide a copy of this order to the U.S. Marshal.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 19, 2020