# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 20-03031-06-CR-S-SRB |
| ) | |
| HOLLI S. LAROSE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is Magistrate Judge David P. Rush's Report and Recommendation (Doc. #162) to deny Defendant's Motion to Suppress (Doc. #136). Defendant timely filed Objections to the Report and Recommendation. (Doc. #168.) The Government did not file any Objections.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court OVERRULES Defendant's Objections (Doc. #168) and ADOPTS Judge Rush's Report and Recommendation (Doc. #162). It is ORDERED that the Report and Recommendation be attached to and made a part of this Order. Defendant's Motion to Suppress (Doc. #136) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
Dated: March 9, 2021        UNITED STATES DISTRICT JUDGE